# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

STEVEN DOUGLAS NELSON,

                Plaintiff,

v.

ISANTI COUNTY and ISANTI
COUNTY SHERIFF,

                Defendants.

Case No. 25-cv-1354 (LMP/JFD)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

---

This matter is before the Court on the May 14, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty, which recommends dismissing this action for failure to prosecute. *See* ECF No. 5. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 5) is **ADOPTED IN FULL**;

2. The Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3.  The Application to Proceed in District Court Without Prepaying Fees or Costs (ECF

No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2025                              *s/Laura M. Provinzino*
                                                  Laura M. Provinzino
                                                  United States District Judge